**Order entered October 22, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00358-CV

## IN RE AM RE SYNDICATE, INC. AND SHEVAWN BARDER

**Original proceeding from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-00683-D**

### ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Before the Court is relators' May 17, 2021 petition for writ of mandamus in which relators contend the trial court wrongly denied their motion to dismiss because the parties agreed to mandatory venue of the underlying lawsuit in Oklahoma County, Oklahoma. The Court requests that real party in interest and respondent file a response to the petition for writ of mandamus; any response must be filed by **November 12, 2021**.

/s/     LANA MYERS
        PRESIDING JUSTICE